UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TAYLOR SIMONEAUX                                    CIVIL NO. 3:23-cv-411

VERSUS                                                      JUDGE

THE SCION GROUP, LLC   &                        MAG.
UNIVERSITY HOUSE BATON ROUGE, LLC
d/b/a ION BATON ROUGE

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come Defendants, The Scion Group LLC ("Scion") and University House Baton Rouge, LLC ("University"), which hereby give notice of the removal of this action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on the following grounds:

I.

Removal to this Honorable Court is proper pursuant to 28 USC § 1332 and § 1441, in that when this action was commenced and presently there is complete diversity of citizenship between the Plaintiff, Taylor Simoneaux, who at all relevant times has been a citizen of and domiciled in Mississippi, and the Defendants, neither of which is domiciled in or a citizen of that state. More specifically, Scion is a limited liability company wholly owned by Scion Group Management, Inc. as its sole member, which in turn is a corporation organized under the laws of Illinois while also having its principal place of business in that state, and University is a limited liability company whose members for diversity purposes are identified on attachment "A" hereto, none being domiciled in or a citizen of Mississippi.

1

## II.

This judicial district encompasses the state court in which this suit was filed; less than thirty (30) days have elapsed since either Defendant received service of the Plaintiff's Petition for Damages; and the matter in controversy exceeds $75,000.00, exclusive of interest and costs (as specifically alleged in paragraph 52 of the Petition) for Plaintiff's alleged physical, emotional and financial damages as a result of the subject incident.

## III.

According to Plaintiff's Petition for Damages, this is a civil action arising out of alleged unauthorized entry of her apartment in East Baton Rouge, Louisiana, at approximately 3:45 a.m. on July 10, 2022, by a man who allegedly was intoxicated from his use of illegal drugs and who grabbed and threatened her, before jumping out of her apartment window and falling four stories to his death.

## IV.

Attached hereto are copies of all pleadings, process, pleadings, and orders served upon these defendants in state court in this action, as follows:

(a)  Petition for Damages (Exhibit "1")

(b)  Citation to Scion (Exhibit "2")

(c)  Citation to University (Exhibit "3")

(d)  Motion to Appoint Private Process Server (Exhibit "4").

(e)  Order Granting Motion to Appoint Private Process Server (Exhibit "5").

(f)  Return of service on Scion (Exhibit "6"),

(g)  Return of service on University (Exhibit "7"),

(h)    Notice of Deposition of BRCPD (Exhibit "8"),

(i)    Subpoena request to BRCPD (Exhibit "9").

VI.

Undersigned counsel will promptly serve the Plaintiff with this notice and file a copy with the Clerk of the state court in which this suit was filed.

VII.

In making this filing there is no intent to waive any exceptions, rights or defenses to which any Defendant is entitled, including without limitation, the right to object to any and all defects in the Plaintiff's Petition for Damages, service of process, citation, jurisdiction and/or venue, and any and all such rights and defenses are hereby expressly reserved.

**WHEREFORE,** it is respectfully prayed that this cause proceed in this Honorable Court as an action properly removed from the 19th Judicial District Court for the parish of East Baton Rouge, state of Louisiana.

Respectfully submitted,

s/ C. David Vasser, Jr.

_____
C. DAVID VASSER, JR. (#18518) T.A.
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
100 East Vermilion Street, Suite 300
Lafayette, Louisiana  70501
Telephone: 337-326-5777
Facsimile: 337-504-3341
Email: dave.vasser@lewisbrisbois.com
*Counsel for Defendants, The Scion Group LLC*
*and University House Baton Rouge, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been filed electronically

3

with the Clerk of Court by using the CM/ECF system and that it is available for viewing and downloading from that system. A copy has also been furnished to all counsel of record, via electronic delivery, this 29th day of May, 2023.

/s/ C. David Vasser, Jr., Esq.