## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLOR SIMONEAUX** | **CASE NO. 3:23-cv-411-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **THE SCION GROUP, LLC & UNIVERSITY HOUSE BATON ROUGE, LLC d/b/a/ ION BATON ROUGE** | **MAG. RICHARD L. BOURGEOIS, JR.** |

### MOTION FOR LEAVE TO FILE FIRST AMENDED AND COMPLAINT

Plaintiff, Taylor Simoneaux, respectfully requests leave of this Court to file the attached First Amended Complaint. In support of this motion for leave, Plaintiff submits that she desires to amend her lawsuit in order to add as an additional defendant party in this action, Universal Protection Services, LLC dba Allied Universal Security Services, whose identity was unknown at the time suit originally was filed.

This action recently was removed from state court to federal court. No trial date has been set, and no Scheduling Order has been entered in this action, aside from what was agreed upon in our joint Rule 26 conference report. Accordingly, no party should be prejudiced by the filing of Plaintiff's First Amended and Restated Complaint.

In accordance with F.R.C.P. Rule 15(a)(2), undersigned counsel hereby certifies that he has contacted all known counsel for Defendants to seek consent for the instant filing and that no objection to the filing of plaintiff's First Amended Complaint has been received.

A proposed Order is attached.

WHEREFORE, Plaintiff, Taylor Simoneaux, prays that she be granted leave to file the attached First Amended Complaint.

DUDLEY DEBOSIER APLC

*/s/ Ryan E. Gaudet*
**W. PAUL WILKINS (19830)**
**G. ADAM SAVOIE (32676)**
**ROSS M. LEBLANC (33940)**
**RYAN E. GAUDET (35483)**
1075 Government Street
Baton Rouge, LA  70802
Telephone: (225) 239-7224
Facsimile: (225) 239-7274
rgaudet@dudleydebosier.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which system will send notification of such filing to all CM/ECF participants.  Baton Rouge, Louisiana, this 8th day of September, 2023.

*/s/ Ryan E. Gaudet*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAYLOR SIMONEAUX** | **CASE NO. 3:23-cv-411-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **THE SCION GROUP, LLC &** <br> **UNIVERSITY HOUSE BATON ROUGE,** <br> **LLC d/b/a/ ION BATON ROUGE** | **MAG. RICHARD L. BOURGEOIS, JR.** |

## O R D E R

Considering the foregoing Motion for Leave to File First Amended Complaint;

**IT IS ORDERED** that Plaintiff, Taylor Simoneaux, is hereby granted leave of court to file the attached First Amended Complaint into the court record.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
**JUDGE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT JUDGE**