# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLOR SIMONEAUX** | **CASE NO. 3:23-cv-411-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **THE SCION GROUP, LLC &** | **MAG. RICHARD L. BOURGEOIS, JR.** |
| **UNIVERSITY HOUSE BATON ROUGE,** | |
| **LLC d/b/a/ ION BATON ROUGE** | |

## SECOND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, Taylor Simoneaux, respectfully requests leave of this Court to file the attached amended Complaint. In support of this motion for leave, Plaintiff submits that she desires to amend her lawsuit in order to add as an additional defendant party in this action, Universal Protection Services, LLC dba Allied Universal Security Services, whose identity was unknown at the time suit originally was filed.

This action was removed from state court to federal court. No trial date has been set, and no Scheduling Order has been entered in this action, aside from what was agreed upon in our joint Rule 26 conference report.

A Motion for Leave to File First Amended Complaint was filed on September 8, 2023. (R. Doc.19). The Motion was denied so that Plaintiff could renew her motion to amend the pleadings to include a proposed pleading providing the proper citizenship particulars for the defendant, Universal Protection Services, LLC dba Allied Universal Security Services. (R. Doc. 20). The Court also ordered that the renewed motion assert whether the motion is opposed. (R. Doc. 20).

In accordance with F.R.C.P. Rule 15(a)(2) and the Court's order, undersigned counsel hereby certifies that he has contacted all known counsel for Defendants to seek consent for the instant filing. Counsel for Defendants does not consent to any of the allegations within the

amended complaint.  Counsel for defense further objects to any aspect of the amended complaint that might affect their pending motions to avoid the appearance of any waiver of those motions.

Furthermore, it is not Plaintiff's intention to destroy diversity by adding this additional defendant, Universal Protection Services, LLC dba Allied Universal Security Services.

Accordingly, no party should be prejudiced by the filing of Plaintiff's Amended and Restated Complaint.

A proposed Order is attached.

WHEREFORE, Plaintiff, Taylor Simoneaux, prays that she be granted leave to file the attached Amended Complaint.

DUDLEY DEBOSIER, APLC

*/s/ Ryan E. Gaudet*
**W. PAUL WILKINS (19830)**
**G. ADAM SAVOIE (32676)**
**ROSS M. LEBLANC (33940)**
**RYAN E. GAUDET (35483)**
1075 Government Street
Baton Rouge, LA  70802
Telephone: (225) 239-7224
Facsimile: (225) 239-7274
rgaudet@dudleydebosier.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which system will send notification of such filing to all CM/ECF participants.  Baton Rouge, Louisiana, this 31st day of October, 2023.

*/s/ Ryan E. Gaudet*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**TAYLOR SIMONEAUX**                                    **CASE NO. 3:23-cv-411-JWD-RLB**

**VERSUS**                                                      **JUDGE JOHN W. DEGRAVELLES**

**THE SCION GROUP, LLC &**                        **MAG. RICHARD L. BOURGEOIS, JR.**
**UNIVERSITY HOUSE BATON ROUGE,**
**LLC d/b/a/ ION BATON ROUGE**

**O R D E R**

Considering the foregoing Second Motion for Leave to File Amended Complaint;

**IT IS ORDERED** that Plaintiff, Taylor Simoneaux, is hereby granted leave of court to file

the attached Amended Complaint into the court record.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
**JUDGE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT JUDGE**