## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**TAYLOR SIMONEAUX**

**CASE NO. 3:23-cv-411-JWD-RLB**

**VERSUS**

**JUDGE JOHN W. DEGRAVELLES**

**THE SCION GROUP, LLC &**
**UNIVERSITY HOUSE BATON ROUGE,**
**LLC d/b/a/ ION BATON ROUGE**

**MAG. RICHARD L. BOURGEOIS, JR.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## FIRST AMENDED COMPLAINT

The plaintiff, Taylor Simoneaux, appears through undersigned counsel and respectfully amends her original complaint for the purpose of adding causes of action against an additional defendant, Universal Protection Services, LLC dba Allied Universal Security Services. Accordingly, Ms. Simoneaux amends her complaint to read as follows:

## STATEMENT OF THE CASE

This action arises from a July 10, 2022, home invasion and attack upon Ms. Simoneaux by Ronnie Finch, an employee of the defendants, The Scion Group, LLC and University House Baton Rouge, LLC. This attack was facilitated by the defendants' negligent hiring and negligent supervision of its employee, Mr. Finch, as well as by the defendants' failure to provide adequate security for residents. Ms. Simoneaux suffered physical and psychological injuries and emotional distress from the attack.

## THE PARTIES

1. The plaintiff is Taylor Simoneaux, an adult resident of Mississippi.

1

2. The first defendant is The Scion Group, LLC, a limited liability company domiciled in Illinois.

3. The second defendant is University House Baton Rouge, LLC d/b/a ION Apartments, a limited liability company domiciled in Delaware.

4. The Scion Group, LLC and University House Baton Rouge, LLC are a single business enterprise.

5. The third defendant is Universal Protection Service, LLC dba Allied Universal Security Services.

6. Allied Universal Security Services, LLC, has two members pursuant to the Pennsylvania Secretary of State: C&D Security Management, Inc who is a citizen of Pennsylvania with an address of 161 Washington Street, Conshohocken, Pennsylvania and Universal Protection Services, LLC who is a citizen of California with an address of 1551 N. Tustin Avenue, Suite 650, Santa Ana, California. Therefore, Allied Universal Security Services, LLC is a citizen of both Pennsylvania and California.

7. The only member of Universal Protection Services, LLC is Universal Protection Service, LP who is a citizen of California with the address of 450 Exchange, Irvine, California, 92602. Therefore, Universal Protection Services, LLC is a citizen of California.

8. Therefore, complete diversity exists in this case.

### THE SCION GROUP, LLC

9. The Scion Group, LLC is managed by Robert Bronstein, who resides in Chicago, Illinois.

10. The Scion Group, LLC owns and operates the ION apartment complex at 740 W. Chimes Street, Baton Rouge, Louisiana.

11. According to its website, The Scion Group, LLC is the largest owner/operator of off-campus student housing communities globally.

12. The Scion Group, LLC's portfolio currently consists of nearly 82,000 beds of student accommodations in 126 communities, serving 76 college and university markets across 33 U.S. states.

13. The Scion Group, LLC employs over 1,750 team members and has over $9 billion of assets under management.

14. The Scion Group, LLC promises to set the highest standard of student living.

## UNIVERSITY HOUSE BATON ROUGE, LLC

15. University House Baton Rouge, LLC is also managed by Robert Bronstein.

16. University House Baton Rouge, LLC acted as Lessor and manager of the ION apartment complex.

17. University House Baton Rouge, LLC leased the premises to Taylor Simoneaux.

18. University House Baton Rouge, LLC hired Ronnie Finch, the man who attacked Taylor Simoneaux, to be its maintenance supervisor.

## RONNIE FINCH

19. Mr. Finch was employed by University House Baton Rouge, LLC and The Scion Group, LLC on July 10, 2022.

20. As a maintenance worker, the defendants gave Mr. Finch authorized access to the rooms of young residents who were attending the university.

21. Prior to his employment with the defendants, Mr. Finch was convicted in East baton Rouge Parish of felony possession of cocaine, a Schedule 2 Controlled Dangerous Substance.

22. University House Baton Rouge, LLC and The Scion Group, LLC knew or should have known of Mr. Finch's felony conviction for cocaine possession.

23. Mr. Finch continued to use illegal drugs during his employment with the defendants.

24. At the time of the attack, Mr. Finch was intoxicated from his use of illegal drugs.

## UNIVERSAL PROTECTION SERVICE, LLC

25. At all relevant times, including the date of this attack, Universal Protection Service, LLC contracted with University House Baton Rouge, LLC and/or The Scion Group, LLC to provide security services to the Ion Apartment Complex at 740 W. Chimes Street in Baton Rouge, Louisiana.

26. As the security company for the Ion Apartment Complex, Universal Protection Service, LLC had a duty to provide adequate security and protection for residents like Taylor Simoneaux.

27. Universal Protection Service, LLC further had a duty to protect residents like Ms. Simoneaux from reasonably foreseeable criminal activity.

28. Universal Protection Service, LLC further had a duty to restrict access to the property by unauthorized persons.

## FACTS OF THE CASE

29. Ms. Simoneaux went to sleep in her one-room apartment at the ION apartment complex on the night of July 9, 2022.

30. While Ms. Simoneaux was sleeping, Mr. Finch occupied the adjacent apartment.

31. Mr. Finch was using marijuana and cocaine inside the adjacent apartment.

32. At approximately 3:45 a.m. on July 10, 2022, Mr. Finch forced his way into Ms. Simoneaux's apartment.

4

33. Ms. Simoneaux woke up to find Mr. Finch screaming at her bedside.

34. Mr. Finch grabbed Ms. Simoneaux by the arm and threatened to kill her.

35. Ms. Simoneaux pleaded for her life.

36. Mr. Finch then jumped out of Ms. Simoneaux's window, falling 4 stories to his death.

37. These events traumatized Ms. Simoneaux.

38. Later on July 10, 2022, the general manager of ION apartments sent an email to all residents, including Ms. Simoneaux, expressing condolences for the deceased.

39. Ms. Simoneaux informed the defendants, The SCION Group, LLC and University House Baton Rouge, LLC, that she intended to break her lease and vacate the apartment.

40. The next day, On July 11, 2022, the defendants, The SCION Group, LLC and University House Baton Rouge, LLC, crafted and signed a lease termination agreement.

41. The July 11, 2022 lease termination agreement contained vague and discreet language purporting to absolve the defendants, The SCION Group, LLC and University House Baton Rouge, LLC, of liability for the attack.

42. The July 11, 2022 lease termination agreement also mischaracterized the relationship between the defendants, The SCION Group, LLC and University House Baton Rouge, LLC, and Mr. Finch and did not inform Ms. Simoneaux that the defendants may be liable for the attack.

43. The defendants, The SCION Group, LLC and University House Baton Rouge, LLC, also began sending Ms. Simoneaux invoices for amounts payable.

44. Ms. Simoneaux was current on her payments to the defendants, The SCION Group, LLC and University House Baton Rouge, LLC, and these invoices were inaccurate.

45. Further, the lease terminated through the defendants', The SCION Group, LLC and University House Baton Rouge, LLC, breach of the warranty of peaceable possession.

46. The defendants, The SCION Group, LLC and University House Baton Rouge, LLC, then emailed the lease termination agreement to Ms. Simoneaux.

47. In all correspondence with Ms. Simoneaux, the defendants, The SCION Group, LLC and University House Baton Rouge, LLC, stated that the lease termination agreement was necessary to terminate the lease.

48. Ms. Simoneaux did not intend to release the defendants, The SCION Group, LLC and University House Baton Rouge, LLC, from liability for her attack.

49. The defendants, The SCION Group, LLC and University House Baton Rouge, LLC, did not offer Ms. Simoneaux any consideration for a release from their liability.

50. The July 11, 2022 lease termination agreement is not a valid or enforceable release of the defendants', The SCION Group, LLC and University House Baton Rouge, LLC, liability for the attack.

## LIABILITY

51. The defendants, The SCION Group, LLC and University House Baton Rouge, LLC, are liable for their failure to provide adequate security for their premises.

52. The defendants, The Scion Group, LLC and University House Baton Rouge, LLC, are further liable for their failure to act reasonably in the hiring, training, supervising, and retaining of their employee, Ronnie Finch.

53. The defendants, The Scion Group, LLC and University House Baton Rouge, LLC, are further liable for Mr. Finch's actions under the doctrine of *respondeat superior*.

54. The defendant, Universal Protection Service, LLC is liable for its failure to provide adequate security services to the residents.

55. The defendant, Universal Protection Service, LLC, is further liable for its failure to restrict unauthorized persons from accessing and/or occupying the premises.

## CAUSATION & DAMAGES

56. As a result of the defendants' acts and omissions, Ms. Simoneaux suffered physical, emotional, and financial damage.

57. Ms. Simoneaux seeks restoration of her lost economic damages, including her past and future lost wages and past and future medical expenses.

58. Ms. Simoneaux seeks to be made whole for her past and future physical pain, her past and future mental anguish and emotional distress, for her disability, and for her inconvenience and lost enjoyment of life.

59. Ms. Simoneaux also seeks court costs, expert fees, and legal interest related to these proceedings.

60. The amount in dispute exceeds $75,000.00, exclusive of interest and costs.

## PRAYER FOR RELIEF

Plaintiff, Taylor Simoneaux, prays that defendants be cited and served with a copy of this Petition; and, after all due proceedings, that there be a judgment for plaintiff, Taylor Simoneaux, and against the defendants, The SCION Group, LLC, University House Baton Rouge, LLC and Universal Protection Service, LLC d/b/a Allied Universal Security Services, for reasonable amounts of special and general damages, together with legal interest and costs to include expert fees.

Plaintiff further prays for a trial by jury and for all other general or equitable relief deemed fit.

DUDLEY DEBOSIER, APLC

*/s/ Ryan E. Gaudet*
**W. PAUL WILKINS (19830)**
**G. ADAM SAVOIE (32676)**
**ROSS M. LEBLANC (33940)**
**RYAN E. GAUDET (35483)**
1075 Government Street
Baton Rouge, LA  70802
Telephone: (225) 239-7224
Facsimile: (225) 239-7274
rgaudet@dudleydebosier.com
Attorney for the Plaintiff

**PLEASE SERVE:**

**THE SCION GROUP, LLC and**
**UNIVERSITY HOUSE BATON ROUGE, LLC**
Through Counsel of Record:
David Vasser
VIA PACER

**UNIVERSAL PROTECTION SERVICE, LLC**
Through its registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802