UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TAYLOR SIMONEAUX                                   CIVIL NO. 3:23-cv-411

VERSUS                                             JUDGE JOHN W. DEGRAVELLES

THE SCION GROUP, LLC   &                           MAG. RICHARD L BOURGEOIS, JR.
UNIVERSITY HOUSE BATON ROUGE, LLC
d/b/a ION BATON ROUGE

## NOTICE OF SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, come the Plaintiff, Taylor Simoneaux, and Defendants, The Scion Group LLC and University House Baton Rouge, LLC, who respectfully notify the Court that these parties have reached a settlement of all claims asserted between them in this suit, subject to final consummation by formal written agreement still to be executed.   Plaintiff's claims against Defendant Universal Protection Services, LLC d/b/a Allied Universal Security Services are expressly reserved and excepted from the settlement.

Respectfully submitted,


*/s/ Ross M. LeBlanc*
Ross Michael LeBlanc (LA 33940) T.A.
Ryan E. Gaudet (LA 35483)
**Dudley DeBosier Injury Lawyers**
1075 Government St
Baton Rouge, LA 70802
Phone: (225) 239-7224
Fax: (225) 239-7274
Email: rmleblanc@dudleydebosier.com
*Counsel for Plaintiff, Taylor Simoneaux*


*- and -*

s/ C. David Vasser, Jr.
_____

1

C. David Vasser, Jr. (#18518) T.A.
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
100 East Vermilion Street, Suite 300
Lafayette, Louisiana 70501
Telephone: 337-326-5777
Facsimile: 337-504-3341
Email: dave.vasser@lewisbrisbois.com
*Counsel for Defendants, The Scion Group LLC*
*and University House Baton Rouge, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that the above and foregoing pleading has been furnished to all

counsel of record, via the Court's ECF system, this 12th day of July 2024.


                    */s/ Ross M. LeBlanc__*
                    Ross Michael LeBlanc, Esq.