### UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF LOUISIANA

**TAYLOR SIMONEAUX**

**CIVIL ACTION**

**VERSUS**

**NO. 23-411-JWD-RLB**

**THE SCION GROUP LLC, ET AL.**

### JUDGMENT

For written reasons assigned (Doc. 50),

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant Universal Protection Services, LLC d/b/a Allied Universal Security Services and against Plaintiff Taylor Simoneaux, and that all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on <u>September 10, 2024</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**